HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700
Noa_Oren@fd.org

Attorneys for Defendant
ABHIJIT PRASAD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:16-cr-0244 KJM |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY SPECIAL CONDITION OF RELEASE |
| v. | |
| ABHIJIT PRASAD, | Date: December 30, 2016 |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Nirav Desai, Assistant United States Attorney, attorney for Plaintiff, and Noa E. Oren, attorney for Abhijit Prasad, that release condition #5, imposed on Mr. Prasad on December 28, 2016 (Dckt. 11) will be modified to allow Mr. Prasad to travel to the Northern District of California solely for purposes of litigation.

Pretrial services confirmed that Mr. Prasad has been in compliance with the conditions of pretrial supervision. Pretrial Services Officer Darryl Walker is not opposed to this request.  All other conditions shall remain in force.  A copy of Mr. Prasad's conditions with the requested modification is attached as *Exhibit A*.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: December 30, 2016 | HEATHER E. WILLIAMS |
| 3 | | Federal Defender |
| 4 | | */s/ Noa E. Oren* |
| | | NOA E. OREN |
| 5 | | Assistant Federal Defender |
| 6 | | Attorney for ABHIJIT PRASAD |
| 7 | DATED: December 30, 2016 | PHILLIP TALBERT |
| | | United States Attorney |
| 8 | | |
| 9 | | */s/ Nirav Desai* |
| | | NIRAV DESAI |
| 10 | | Assistant U.S. Attorney |
| | | Attorney for PLAINTIFF |

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, that release condition #5, imposed on Mr. Prasad on December 28, 2016 (Dckt. 11), will be modified to allow Mr. Prasad to travel to the Northern District of California for purposes of litigation.

All other conditions shall remain in force.

IT IS SO ORDERED.

DATED: December 30, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE