PHILLIP A. TALBERT
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>ABHIJIT PRASAD,<br><br>             Defendant. | CASE NO. 2:16-CR-0244 KJM<br><br>STIPULATION AND [PROPOSED] PROTECTIVE ORDER |

Plaintiff United States of America, by and through its counsel of record, and defendant Abhijit Prasad, by and through his counsel of record, Assistant Federal Defender Noa Oren, hereby jointly request, pursuant to Federal Rule of Criminal Procedure 16(d)(1), that the Court approve the parties' stipulation and enter the proposed protective order below ("Protective Order") governing the disclosure by the government of certain documents and information implicating the private and sensitive information, including personally identifying information of numerous third parties and employment-, wage-, and immigration-related information of numerous third parties.  By this stipulation, the parties agree and stipulate as follows:

1.      WHEREAS, defendant Abhijit Prasad is charged with 31 counts of visa fraud in violation of 18 U.S.C. § 1546, and two counts of aggravated identity theft in violation of 18 U.S.C. § 1028A.

2.      WHEREAS, the government possesses, and in the future may come into possession of, discovery and other materials in this case that contain, among other things, private financial,

employment, and immigration information about individuals other than the defendant including victims and numerous other third parties.

3. WHEREAS, the government wishes to produce and/or make available to the defendant and his counsel the documents and information described above, or similar material that may come into the government's possession in the future, but believes that because of the nature of such documents and information, it is appropriate for the Court to enter a protective order containing the provisions below.

4. WHEREAS, such materials shall be identified as sensitive and subject to a protective order at the time of disclosure, whether on the documents or other materials (e.g., CDs/DVDs) themselves or in an accompanying cover letter;

5. WHEREAS, the parties agree that entry of a stipulated protective order is appropriate, and that a private agreement is not appropriate in light of the nature of the information at issue and the charges in this case; and

6. WHEREAS, defendant Abhijit Prasad has counsel who wishes the opportunity to review the discovery;

Defendant Abhijit Prasad and plaintiff United States of America, by and through their counsel of record, hereby agree and stipulate to a Protective Order with the following provisions:

1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, its general supervisory authority, and Local Rule 141.1.

2. Some materials to be provided or made available by the government to the defendant as discovery or out of an abundance of caution relate to, or contain private and sensitive information about, individuals other than the defendant, are not public information, and include but are not limited to: records, investigators or agency memoranda or reports, witness statements, and memoranda of interviews reflecting  individuals' employment and human resources information, immigration-related information, private financial information, and other personally-identifying information.  Accordingly, these discovery materials and all copies thereof should be protected from unnecessary dissemination. This information is collectively referred to as the "Protected Discovery."

3. Such Protected Discovery materials shall be identified as being subject to a protective order at the time of disclosure, whether on the documents or other materials (e.g., CDs/DVDs,

documents) themselves or in an accompanying cover letter.

4. The Protected Discovery produced or made available by the government pursuant to this Protective Order may be used by the defendant, the defendant's counsel and any employees or agents of the defendant's counsel solely in the defense of this case and for no other purpose. The protected discovery is now and will forever remain the property of the United States Government, but the defendant's counsel may retain a copy of the Protected Discovery in counsel's files following the conclusion of the case. The defendant may seek modification of this provision by the Court.

5. The defendant's counsel and the defendant shall not disclose any of the Protected Discovery directly or indirectly to any person except those assisting the defense, persons who are interviewed as potential witnesses, potential experts, or other authorized persons, during the course of the investigation and defense of this case.

6. The Protected Discovery produced by the government shall not be copied or reproduced unless the material is copied or reproduced for authorized persons to assist in the defense, and in the event copies are made, the copies shall be treated in the same manner as the original material.

7. When providing the Protected Discovery materials to an authorized person, the defendant's counsel must inform the authorized person that the materials are provided subject to the terms of this Protective Order, provide a copy of the Protective Order, and advise that the authorized person must comply with the terms of this Protective Order.

8. The defendant and his counsel shall store the discovery in a secure place and shall use reasonable care to ensure that it is not disclosed to third persons in violation of the Protective Order.

9. In the event that the defendant obtains substitute counsel, the defendant's undersigned counsel agrees to withhold the Protected Discovery materials from new counsel unless and until substituted counsel agrees to be bound by the Protective Order.

///
///
///
///
///

10. The defendant's counsel shall be responsible for advising her clients, employees, and other members of the defense team of the contents of this Stipulation and the Protective Order.

IT IS SO STIPULATED.

Dated:  January 7, 2017

PHILLIP A. TALBERT
United States Attorney

/s/ Nirav K. Desai
NIRAV K. DESAI
Assistant United States Attorney

Dated:  January 7, 2017

/s/ Noa Oren
(as authorized on January 6, 2017)
Noa Oren
Assistant Federal Defender
Counsel for Defendant Abhijit Prasad

### [PROPOSED] ORDER

The Court has reviewed the parties' proposed Stipulation and Protective Order and, for good cause shown, HEREBY ORDERS that the parties' proposed Stipulation and Protective Order is APPROVED with the above stated-terms.

IT IS SO ORDERED.

DATED:  January 9, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE