| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | NOA E. OREN, #297100<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant<br>ABHIJIT PRASAD |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:16-CR-00244-KJM |
| Plaintiff, | ) ) | STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER TO MODIFY SPECIAL CONDITION OF |
| vs. | ) ) | RELEASE |
| ABHIJIT PRASAD, | ) ) | |
| Defendant. | ) ) | Judge: Hon. Edmund F. Brennan |
| | ) ) ) | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Abhijit Prasad, through their respective attorneys, that release conditions #11 and #12 imposed on Mr. Prasad on December 28, 2016 (Dckt. 11), will be removed. Mr. Prasad will no longer be required to participate in a location-monitoring program and he will no longer be subject to curfew.

Pretrial services approves the removal of the location monitoring condition and curfew conditions. All other conditions shall remain in force.

///

///

///

///

///

Stipulation and Order to Modify Special Condition of Release -1- *U.S. v. Prasad*, 2:16-CR-00244-KJM

Respectfully submitted,

Dated: August 7, 2017  HEATHER E. WILLIAMS
Federal Defender

*/s/ Noa Oren*
NOA E. OREN
Assistant Federal Defender
Attorney for Defendant

Dated: August 7, 2017  PHILLIP A. TALBERT
United States Attorney

*/s/ Nirav Desai*
NIRAV DESAI
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, that release conditions #11 and #12 imposed on Mr. Prasad on December 28, 2016 (Dckt. 11), will be removed such that Mr. Prasad will no longer be required to participate in a location-monitoring program and will no longer be subject to a curfew.

All other conditions shall remain in force.

Dated: August 8, 2017

HON. EDMUND F. BRENNAN
United States Magistrate Judge