HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
noa_oren@fd.org
hannah_labaree@fd.org

Attorney for Defendant
ABHIJIT PRASAD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-244 KJM |
| Plaintiff, | |
| vs. | **ORDER SEALING DOCUMENT** |
| ABHIJIT PRASAD, | Judge: Hon. Kimberly J. Mueller |
| Defendant. | |

IT IS HEREBY ORDERED that Defendant's Request for Order to Seal be granted and that the witness list, which is Exhibit A to Mr. Prasad's Motion to Change Venue be filed under seal, permitting Assistant United States Attorney Nirav Desai access to these documents unless otherwise ordered by this Court at a later time.

DATED: June 19, 2018.

_____
UNITED STATES DISTRICT JUDGE

-1-