McGREGOR W. SCOTT
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-0244 KJM |
|---|---|
| Plaintiff, | ORDER SETTING BRIEFING SCHEDULE |
| v. | DATE: July 9, 2018 |
| ABHIJIT PRASAD, | TIME: 9:00 a.m. |
| | COURT: Hon. Kimberly J. Mueller |
| Defendant. | |

The Court has considered the stipulation of the parties and HEREBY ORDERS that:

1. The United States' opposition or statement of non-opposition to defendant Abhijit Prasad's motion to transfer the trial venue in this matter pursuant to Federal Rule of Criminal Procedure 21(b) shall be filed on or before July 2, 2018.

2. Defendant Abhijit Prasad's reply brief, if any, shall be filed on or before July 9, 2018.

3. The hearing on the motion to transfer venue for trial, if any, will be heard on July 16, 2018, at 9:00 a.m.

4. The hearing on the motion presently set for July 2, 2018, is VACATED.

IT IS SO ORDERED.

DATED: June 25, 2018.

_____
UNITED STATES DISTRICT JUDGE

ORDER
UNITED STATES V. PRASAD, 2:16-CR-0244 KJM

1