McGREGOR W. SCOTT
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-0244 KJM |
|---|---|
| Plaintiff, | SUPPLEMENTAL ORDER REGARDING BRIEFING SCHEDULE |
| v. | DATE: July 9, 2018 |
| ABHIJIT PRASAD, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Kimberly J. Mueller |

The Court has considered the parties' supplemental stipulation regarding the briefing schedule on the defendant's motion to change venue and HEREBY ORDERS that the Court's June 25, 2018 order setting a briefing schedule on the defendant's motion to change venue (ECF 43) is amended to:

1. Strike the reference to vacating a July 2, 2018 hearing date on the motion; and

2. Reflect that the previously set July 9, 2018 hearing on the defendant's motion to change venue is vacated to the extent necessary. The hearing on that motion, if any, has been continued to, and will take place on, July 16, 2018, at 9:00 a.m.

IT IS SO ORDERED.

Dated: June 29, 2018.

_____
UNITED STATES DISTRICT JUDGE